**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| LP SOLUTIONS, LLC,<br><br>     Plaintiffs,<br><br>v.<br><br>CRAIG J. DUCHOSSOIS, INDIVIDUALLY, RICHARD L. DUCHOSSOIS, KIMBERLY T. DUCHOSSOIS, DAYLE P. DUCHOSSOIS-FORTINO, CRAIG J. DUCHOSSOIS, AS CO-EXECUTOR OF THE ESTATE OF RICHARD BRUCE DUCHOSSOIS; AND THOMAS A. SMITH, AS CO-EXECUTOR OF THE ESTATE OF RICHARD BRUCE DUCHOSSOIS,<br><br>     Defendants. | **DOCKET NO.** _____ |

**DECLARATION OF CRAIG J. DUCHOSSOIS IN SUPPORT**
**OF NOTICE OF REMOVAL**

I, Craig J. Duchossois, declare under oath as follows:

1.  My name is Craig J. Duchossois.

2.  The Plaintiff named me as a defendant in the above-captioned action both in my individual capacity and in my capacity as co-executor of the estate of my brother, Richard Bruce Duchossois.

3.  I make this declaration based upon my personal knowledge and in support of the Notice of Removal submitted on my behalf in these proceedings.

4.  My brother, Richard Bruce Duchossois, passed away on July 2, 2014.

5.  Prior to his death, I kept in close touch with my brother, including by visiting him at his homes in Wellington, Florida, and Aiken, South Carolina.

6.      Following my brother's death, I have served as co-executor of his estate, in which role I have become familiar with my brother's personal and financial affairs.

7.      At the time of his death, Richard Bruce Duchossois was a domiciliary and citizen of the State of Florida, and not a domiciliary or citizen of the State of Maine.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.


Dated:  January 18, 2018

                                                    / s/ Craig J. Duchossois
                                                    Craig J. Duchossois

{W6504584.2}                           2

# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

I hereby certify that on January 18, 2018, I electronically filed the foregoing document,

via e-mail to the U.S. District Court in Portland, Maine, and served the same, via email and

U.S. Mail, postage prepaid, upon counsel for Plaintiff addressed as follows:

Daniel J. Murphy, Esq.
dmurphy@dbernsteinshur.com
Bernstein Shur
PO Box 9729, 100 Middle Street
Portland, ME  04104-5029

/s/ Nolan L. Reichl
Nolan L. Reichl, Bar No. 4874
PIERCE ATWOOD LLP
Merrill's Wharf
254 Commercial Street
Portland, ME  04101
Tel:  207.791.1100
nreichl@pierceatwood.com

*Attorney for Defendants Richard L. Duchossois, Kimberly T. Duchossois, Dayle P. Duchossois-Fortino, Craig J. Duchossois (Individually and as Co-Executor of the Estate of Richard Bruce Duchossois), and Thomas A. Smith, as Co-Executor of the Estate of Richard Bruce Duchossois*